Salvador **OLIVERA–GUTIERREZ,**
Petitioner,

v.

John **ASHCROFT,** Attorney
General, Respondent.

No. 01–70743.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 12, 2002 *.

Decided Aug. 22, 2002.

Before: SCHROEDER, Chief Judge,
TASHIMA, and RAWLINSON, Circuit
Judges.

### MEMORANDUM **

Salvador Olivera–Gutierrez, a native and
citizen of Mexico, petitions for review of
the decision of the Board of Immigration
Appeals ("BIA") dismissing his appeal
from an Immigration Judge's order deny-
ing his motion to reopen his removal pro-
ceedings. We have jurisdiction pursuant
to 8 U.S.C. § 1252(b).

We review the BIA's decision for abuse
of discretion, *Sharma v. INS*, 89 F.3d 545,
547 (9th Cir.1996), and we deny the peti-
tion.

Based on the record before us, peti-
tioner has not established exceptional cir-

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.

cumstances because petitioner's misunderstanding concerning the time of his deportation hearing is not reasonable, and it does not appear that petitioner has a valid claim for relief from deportation. *See id; cf. Singh v. INS,* 295 F.3d 1037, 1039–40 (9th Cir.2002) (finding exceptional circumstances where petitioner easily misunderstood the time of his hearing and petitioner was the beneficiary of an approved visa petition). Accordingly, the BIA did not abuse its discretion by dismissing his appeal.

Petitioner's contention that his due process rights were violated lacks merit because petitioner was notified orally and in writing of the date and time of his deportation hearing. *See Sharma,* 89 F.3d at 548.

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.